* The Honorable James M. Fitzgerald, Senior United States District Judge for the District of

Before BROWNING, PREGERSON, and BERZON, Circuit Judges.

**ORDER**

The Opinion filed on August 24, 2005 and appearing at 421 F.3d 835 (9th Cir. 2005) is hereby amended as follows:

1) 421 F.3d at 852, Slip Op. p. 11371, third to last line: after "state court do" add "under the Uniform Insurers Liquidation Act (UILA), CAL. INS. CODE §§ 1064.1–.12"

2) 421 F.3d at 852, Slip Op. p. 11372, lines 5–6: replace "Uniform Insurers Liquidation Act (UILA), CAL. INS. CODE §§ 1064.1–.12" with "UILA"

3) 421 F.3d at 856, Slip Op. p. 11378, line 16: after "stay its proceedings" add "under the UILA"

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Fred NOBRIGA, Defendant–Appellant.**

No. 04–10169.

United States Court of Appeals, Ninth Circuit.

Jan. 3, 2006.

Department of Justice, Washington, DC, for Plaintiff–Appellee.

Deanna S. Dotson, Kapolei, HI, for Defendant–Appellant.

Before WARDLAW and BERZON, Circuit Judges, and FITZGERALD,* District Judge.

Alaska, sitting by designation.

## ORDER

The petition for rehearing en banc is DENIED as moot. The opinion filed May 20, 2005, and reported at 408 F.3d 1178, is withdrawn. That opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit.

Submission of this case is withdrawn and resubmission of the case is deferred pending issuance of the opinion of the en banc court in *Fernandez–Ruiz v. Gonzales,* No. 03–74533.